UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **LOUIS KELLER, III** | **CIVIL ACTION NO. 5:24-cv-00336** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **SHREVEPORT POLICE DEPARTMENT, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 10] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Louis Keller, III's claims against Officer Julie Elkins and Supervisor Walker are **STAYED** under the following conditions:

a. If Plaintiff intends to proceed with these claims, he must, within thirty (30) days of the date the parole proceedings against him conclude, file a motion to lift the stay;

b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his parole revocation, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

c. Plaintiff should not file any more documents concerning these particular claims in this action until the parole proceedings conclude; and

d. Defendants shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's false arrest claims against the unidentified officers are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state claims on which relief may be granted, until the *Heck* conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's

remaining claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state claims on which relief may be granted, and for seeking relief from Defendants immune from such relief.

MONROE, LOUISIANA, this 23rd day of May 23, 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE